IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. __05 - CV - 02257 OES__

NOV 7 - 2005

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

KENNETH EUGENE JOWERS #187096,

    Plaintiff,

v.

JEFFERSON COUNTY JAIL,
MAYOR CHARLES J. BAROCH,
UNDER SHERRIF [sic] RAY FLEER OF JEFFCO,
CHIEF TED MINK,
DISTRICT ATTORNEY'S OFFICE OF JEFFCO SCOTT STOREY,
JOHN GILMORE,
JOHN DOE & JANE DOE 1-50 OFFICE OF THE STATE PUBLIC DEFENDER,
DAVID KAPLAN,
SARA CARRITO,
JEFFCO,
OFFICE OF PROBUTION [sic] JEFFCO,
ROY COFFEE,
OFFICE OF ALTERNATIVE DEFENSE COUNCIL,
JEFFCO CORRECTIONAL HEALTHCARE MANAGEMENT,
MONICA ALBERS HSA,
NURSE MELISA AND COMPLETE MEDICAL STAFF.
JOHN DOE & JAN DOE 1-100,
NURSE CRAIG,
DEPUTY STEVE VINCHEZ,
DEPUTY CREWS,
PRISONERS TRANSPORT SERVICES,
MEPHIS TENN, JOHN DOE & JANE DOE 1-100,
JUDGE STEPHEN MUSSINGER,
JEFFERSON COUNTY SHERRIF'S [sic] DEPT./OFFICERS AND STAFF INVOLVED
    IN THIS ACTION THAT ARE NOT CURRENTLY KNOWN BY NAME BUT WILL
    BE BETAILED [sic] AT LATER DATE,
SGT. VOORHEES,
JOHN DOE AND JANE DOE 1-500, and
DEPUTY PATTON,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __7__ day of __November__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    05 - CV - 02257 OES

Kenneth Eugene Jowers
Prisoner No. 187096
Jefferson County Det. Facility
100 Jefferson County Pkwy
Golden, CO 80401

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on  11-7-05

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk